UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

RODNEY CURTIS BIBLE,                 )
                                     )
            Petitioner,              )
                                     )        CIVIL ACTION NO.
VS.                                  )
                                     )        3:08-CV-0885-G
NATHANIEL QUARTERMAN, Director,      )
Texas Department of Criminal Justice,    )        **ECF**
Correctional Institutions Division,      )
                                     )
            Respondent.              )

## ORDER

United States Magistrate Judge William F. Sanderson, Jr., made findings,

conclusions and a recommendation in this case.  No objections were filed.  The

district court reviewed the proposed findings, conclusions and recommendation for

plain error.  Finding none, the court **ACCEPTS** the findings, conclusions and

recommendation of the United States Magistrate Judge.

**SO ORDERED**.

September 22, 2008.

_____
**A. JOE FISH**
**Senior United States District Judge**